UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

         Plaintiff

-v-                                                    CASE NO.  15-CR-198 (BKS)

CLAYTON BROTHERS,

         Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

OFFICE OF THE FEDERAL PUBLIC DEFENDER

☒    I, the undersigned, hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action.  The Defendant has instructed the undersigned counsel to invoke his Fifth and Sixth Amendment Rights to silence and representation by counsel.  The Defendant refuses to be questioned or interviewed by anyone without the advice and presence of the undersigned counsel, whether regarding this case or any other investigation.

~ ~ ~ ~ ~

☐    I will appear as counsel for the Defendant.  This is the first appearance of counsel from the Office of the Federal Public Defender.

☐    Please accept my appearance as substituted counsel for the Defendant, in place of:

Who previously appeared from the             _____
Office of the Federal Public Defender
on behalf of the Defendant in this case.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

    _Randi J. Bianco, Esq._                                  _S/Randi J. Bianco, Esq._
Name (Printed)                                                    (Signature)

      _July 22, 2015_
(Date)

cc    United States Attorneys Office (via ECF)