U.S.D.C. for the Northern District of New York

I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Dated 7/21/2015
Lawrence K. Baerman, Clerk
By MAF, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: United States of America | ) | Total Pages(s) 1 |
| v. | ) | Case No: 5-CR-198(BKS) |
| CLAYTON BROTHERS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum,   ☐ Ad Testificandum:

1. Name of detainee: Clayton Brothers
2. A/K/A(s)(if applicable): Click here to enter text.
3. Prisoner ID# (if applicable): DC8281
4. Detained by: SCI Camp Hill
   Address: Camp Hill, PA 17001
5. Detainee is:
   A: ☒ charged in this district by:
      ☒ Indictment   ☐ Information   ☐ Complaint
   B: ☐ a witness not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on Wednesday, July 22, 2015 at 1:00 p.m. for:
   ☒ proceedings to be held at Syracuse, NY
   ☐ proceedings to be held at

before Hon. Andrew T. Baxter
Judicial Officer (if court proceeding)

Douglas Collyer
Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum,   ☐ Ad Testificandum:

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian. Homeland Security Investigations (HSI) agents will transport detainee to Syracuse NY for initial appearance from SCI Camp Hill.

Date Signed: July 21, 2015

Andrew T. Baxter
United States Magistrate Judge

### RETURN OF SERVICE

Executed on 7/22/2015 by _____ (Signature)

Revised 7/18/13