AO 442 (Rev 11/11) Arrest Warrant

U.S.D.C. 07/22/15 Northern District of New York

I, the undersigned Clerk of the Court, do hereby certify that this is a true correct and full copy of the original document on file in my custody.

Total Page(s) 1
Dated 7/15/2015      Lawrence K. Baerman, Clerk
By L. Bassett   Deputy Clerk
Lynn M. Bassett

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

United States of America
v.

CLAYTON BROTHERS

*Defendant*

Case No. 5:15-CR-198 (BKS)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CLAYTON BROTHERS**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§922(g)(1), 924(a)(2) - 5 Counts

Date:   07/15/2015

*Issuing officer's signature*

City and state:   Plattsburgh, NY

Hon. Gary L. Favro, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/22/15, and the person was arrested on *(date)* 7/22/15
at *(city and state)* CAMP HILL, PA

Date: 7/22/15

*Arresting officer's signature*

LOUIS MORLIER, S/A
*Printed name and title*