IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                                        5:15-CR-198 (BKS)

CLAYTON BROTHERS,

           Defendant.
_____

DOUGLAS G.N. COLLYER, Assistant United States Attorney
RANDI JUDA BIANCO, Assistant Federal Public Defender

ANDREW T. BAXTER, United States Magistrate Judge

## ORDER APPROVING WAIVER OF DETENTION HEARING

Defendant has been charged by Indictment with Possession of Firearms and Ammunition by a Prohibited Person, in violation of Title 18 U.S.C. Sections 922(g)(1) and 924(a)(2).

At the initial appearance held on July 22, 2015, the defendant, through counsel, voluntarily waived his right to an immediate detention hearing. In announcing that waiver, defendant's counsel advised that she had explained the nature of the detention hearing to the defendant, including the consequences of any waiver of the right to such a detention hearing, and that the defendant was knowingly and voluntarily waiving his right to a detention hearing with full knowledge of the consequences thereof. Defendant reserved his right to request a detention hearing at a later time. Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a detention hearing without prejudice, which I find to have been knowing, intelligent and voluntary, is accepted; and it is further

ORDERED, that defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 22, 2015

*Andrew T. Baxter*
Hon. Andrew T. Baxter
U.S. Magistrate Judge