# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Albany - Main Office** | **Syracuse - Branch Office** |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |

**Lisa Peebles, Federal Public Defender**

RESPOND TO SYRACUSE OFFICE

October 1, 2015

Hon. Brenda K. Sannes
United States District Court
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, New York   13901

RE:   UNITED STATES v. CLAYTON BROTHERS
        CASE NO.:  15-CR-198

Dear Judge Sannes:

    I am writing at this time to respectfully request a 30 day adjournment of the trial in the above-captioned matter currently scheduled for November 9, 2015.  I am also scheduled for trial on another matter before Judge McAvoy on October 26, 2015 (US v. Frederick Sullivan) and I fully expect that matter to proceed.  I am unsure how long this trial will last.  I have been inundated with over 6,000 pages of discovery in the Sullivan case and it is proving to be very difficult to give my full attention and prepare for both trials at the same time.  I have spoken to AUSA Douglas Collyer and he consents to my request for an adjournment.  I have also spoken with Mr. Brothers and he does not object.

    Thank you for your consideration.

                                    Respectfully yours,
                                    OFFICE OF THE FEDERAL PUBLIC DEFENDER

                        By:
                                    *S/Randi J. Bianco, Esq.*
                                    Assistant Federal Public Defender

RJB:vlb

cc:   Douglas Collyer, Esq., AUSA
       Clayton Brothers