IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   15-CR-198 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CLAYTON BROTHERS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

1. Fifteen rounds of 30-06 caliber ammunition;

2. Ten PMAG 30 Round Capacity .223 magazines;

3. Four 30 Round Capacity .223 Caliber magazines;

4. Two SIG Sauer 30 Round Capacity .223 Caliber magazines; and

5. One Colt 20 Round Capacity .223 Caliber magazine.


Dated: October 8, 2015                    RICHARD S. HARTUNIAN
                                          United States Attorney

                              By:    */s/ Tamara B. Thomson*
                                          Tamara B. Thomson
                                          Assistant United States Attorney
                                          Bar Roll No. 515310