

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *Gateway Building* | *Tel.: (518) 314-7800* |
| *14 Durkee Street, Suite 340* | *Fax: (518) 314-7811* |
| *Plattsburgh, New York 12901-2998* | |

November 24, 2015

***VIA CM/ECF***

Hon. Brenda K. Sannes
U.S. District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261

      Re: *United States v. Clayton Brothers*
      5:15-CR-198 (BKS)

Dear Judge Sannes:

The United States respectfully seeks leave from the Court to file a sur-reply to defendant's Reply to the Government's Memorandum of Law in Opposition to the Defendant's Motion to Suppress in the above referenced case, addressing the single point of defendant's forfeiture response, as the government believes defendant has raised a new argument in his Reply.

Thank you for your consideration in this matter.

Sincerely,

Richard S. Hartunian
United States Attorney

By:*/s/ Douglas G. Collyer*
Douglas G. Collyer
Assistant U.S. Attorney