UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CLAYTON BROTHERS*

CASE NO.:  5:15-CR-198 (BKS)
DATE:  November 30, 2015
PRESIDING JUDGE:  Hon. Brenda K. Sannes

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | New York State Release to Parole |
| 2 | | | | Pennsylvania Conditions Governing Parole |
| 3 | | | | Photos: bedroom entrance/closet door |
| 4 | | | | Photos: bedroom closet/garage |
| 5 | | | | Photos: entrance to garage/garage |
| 6 | | | | Photos: garage/ladder |
| 7 | | | | Photos: attic above garage |
| 8 | | | | Photos: firearms on hood of car |
| | | | | |
| | | | | |
| | | | | |