UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                                 CASE NO.  15-CR-198 (BKS)

-v-

CLAYTON BROTHERS,

                              Defendant.
_____

## DEFENDANT'S WITNESS LIST

1. Jamie Brothers, 861 Blanchard Hill Road, Russell, NY, 13684

2. Robyn Hicks, , 861 Blanchard Hill Road, Russell, NY, 13684

3. Wendy Tiffin, Investigator, Office of Federal Public Defender, 4 Clinton, Square, 3rd Floor, Syracuse, NY, 13202 or

4. Terrence McGinn, Investigator, Office of Federal Public Defender, 4 Clinton, Square, 3rd Floor, Syracuse, NY, 13202

     Defendant reserves the right to supplement this Witness List prior to the Defendant's case in chief.

DATED: November 24, 2015               Respectfully submitted,
          Syracuse, New York

                                                      *S/Randi J. Bianco, Esq.*
                                                      Randi J. Bianco, Esq.
                                                      Assistant Federal Public Defender
                                                      Bar Roll No. 507514
                                                      Office of the Federal Public Defender
                                                      4 Clinton Square, 3rd Floor
                                                      Syracuse, New York    13202
                                                      (315) 701-0080

TO:    Miroslav Lovric, Esq., AUSA