UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA VS. CLAYTON BROTHERS*

**EXHIBIT LIST**

CASE NO.      15-CR-198 (BKS)

DATE:      November 24, 2015

PRESIDING JUDGE:      Brenda K. Sannes

(   ) PLAINTIFF      ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | Jamie Brothers Harris County Court Judgment of Conviction |
| D-2 | | | | | Clayton Brothers Parole Conditions |
| D-3 | | | | | Town of Russell Tax Receipt |
| D-4 | | | | | Photos Taken by NYS 4/29/14 |
| D-5 | | | | | Handwritten Letters to Jamie Hicks (Brothers) by Clayton Brothers |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL (DATE): _____      SIGNATURE: _____