UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:** United States v. Clayton Brothers

**CASE NUMBER:** 5:15-CR-198 (BKS)

**PRESIDING JUDGE:** HON. BRENDA K. SANNES

( ) PLAINTIFF    ( X ) DEFENDANT    ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | Jamie Brothers Harris County Court Judgment of Conviction |
| D-2 | | | | | Clayton Brothers Parole Conditions |
| D-3 | | | | | Town of Russell Tax Receipt |
| D-4 | | | | | Photos Taken by NYS 4/29/14 |
| D-5 | | | | | Handwritten Letters to Jamie Hicks (Brothers) by Clayton Brothers |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL (Date): _____    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

**CASE NAME:**     United States v. Clayton Brothers

**CASE NUMBER**:   5:15-CR-198 (BKS)

**PRESIDING JUDGE:**     HON. BRENDA K. SANNES

( ) PLAINTIFF     ( X ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-6 | 11/30/2015 | | | Lawrence | Parole Officer's Notes |
| D-7 | 11/30/2015 | | | Revord | Agent Revord's Notes |
| D-8 | 11/30/2015 | | | Revord | Grand Jury Testimony of Revord |
| D-9 | 11/30/2015 | | | Revord | Police Reports |
| | | | | | |
| | | | | | |