# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. CLAYTON BROTHERS*

CASE NO.:   5:15-CR-198 (BKS)

DATE:   November 30, 2015

PRESIDING JUDGE:   Hon. Brenda K. Sannes

☒   GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | 11/30/2015 | Lawrence | New York State Release to Parole |
| 2 | | 11/30/2015 | Lawrence | Pennsylvania Conditions Governing Parole |
| 3 | | 11/30/2015 | Lawrence | Photos: bedroom entrance/closet door |
| 4 | | 11/30/2015 | Lawrence | Photos: bedroom closet/garage |
| 5 | | 11/30/2015 | Lawrence | Photos: entrance to garage/garage |
| 6 | | 11/30/2015 | Lawrence; Revord | Photos: garage/ladder |
| 7 | | 11/30/2015 | Lawrence | Photos: attic above garage |
| 8 | | 11/30/2015 | Lawrence | Photos: firearms on hood of car |
| | | | | |
| | | | | |
| | | | | |