AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-CR-198 (BKS) |
| Clayton Brothers | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clayton Brothers                                                                                      .

Date:    12/14/2015                                    /s
                                                *Attorney's signature*

                                      Daniel DeMaria (Bar No. 518452)
                                      *Printed name and bar number*

                                      Merchant Law Group LLP
                                      535 Fifth Avenue, Suite 2590
                                      New York, NY 10017
                                      *Address*

                                      ddemaria@nyslitigators.com
                                      *E-mail address*

                                      (212) 658-1455
                                      *Telephone number*

                                      (877) 607-5419
                                      *FAX number*

[Print]  [Save As...]                                                                            [Reset]