

NEW YORK · VANCOUVER · CALGARY · EDMONTON · REGINA · WINNIPEG· TORONTO · MONTREAL

December 14, 2015

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

    Re:    United States v. Clayton Brothers
          15-CR-198 (BKS)

Dear Judge Sannes:

Please be advised that I have been retained by Clayton Brothers to represent him in the above-captioned case. I respectfully request that the Court permit me to substitute as counsel. I will be filing an electronic notice of appearance separately.

I also write to respectfully request a thirty-day extension of time to file Mr. Clayton's suppression hearing submissions so that I may have time to familiarize myself with the case. Currently, suppression hearing submissions are due December 21st, 2015, and I do not yet have any of the discovery. I note that I will be out of the country from December 19th, to December 26th, 2015. The Government consents to this request.

    Respectfully,

    Merchant Law Group LLP


    By:_____/s_____
          Daniel DeMaria


cc:    AUSA Douglas G.N. Collyer

       Randi Juda Bianco