

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*Gateway Building*　　　　　　　　　　*Tel.: (518) 314-7800*
*14 Durkee Street, Suite 340*　　　　　　*Fax: (518) 314-7811*
*Plattsburgh, New York 12901-2998*

December 18, 2015

***VIA CM/ECF***

Hon. Brenda K. Sannes
U.S. District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261

　　　Re: *United States v. Clayton Brothers*
　　　　　5:15-CR-198 (BKS)

Dear Judge Sannes:

On December 17, 2015, the Court granted new counsel an extension to submit papers relative to the suppression hearing conducted on November 30, 2015.  In a discussion with Mr. DeMaria, the government consented to his request for an extension and his request so reflected.  The government respectfully requests the same extension.

Thank you for your consideration in this matter.

Sincerely,

Richard S. Hartunian
United States Attorney

By:*/s/ Douglas G. Collyer*
Douglas G. Collyer
Assistant U.S. Attorney