**COURT ORDERED VOIR DIRE**
(to be used by the Judge at trial)

**CASE TITLE:** United States of America v. Clayton Brothers

**CRIMINAL ACTION NO.:** 15 Cr. 198 (BKS)

**DISTRICT JUDGE:** Hon. Brenda K. Sannes

### ATTACHMENT # 1

Each attorney is required to submit the following information on behalf of his/her client for use by the Court during Voir Dire and must be filed with the Court seven (7) days in advance of the scheduled final pretrial conference.

NAMES AND ADDRESSES OF ALL DEFENDANTS ON TRIAL; DEFENSE COUNSEL'S FIRM NAME, ADDRESS AND THE NAME OF ANY PARTNER OR ASSOCIATE WHO MAY BE AT COUNSEL TABLE DURING THE COURSE OF THE TRIAL.

```
Clayton Brothers - Oneida County Jail, 6075 Judd Road, Oriskany NY, 13424.
Merchant Law Group LLP, Daniel DeMaria, 535 Fifth Avenue, Fl. 25, New York, NY 10017.
Nicholas A. Passalacqua, 587 Main Street, Suite 101, New York Mills, NY 13417.
```

(use additional page if necessary)

U.S. ATTORNEY'S NAME AND OFFICE ADDRESS; NAMES AND BUSINESS ADDRESS OF ANY CASE AGENT OR OTHER GOVERNMENT REPRESENTATIVE WHO WILL SIT AT COUNSEL TABLE.

```
N/A
```

(use additional page if necessary)

SET FORTH THE DATE OF EACH ALLEGED CRIMINAL OFFENSE, THE PLACE OF THE OFFENSE AND A BRIEF STATEMENT OF THE EVENTS CENTRAL TO THE CHARGES OF EACH COUNT IN THE INDICTMENT.

```
Counts 1-4: The Government alleges that in or about April 2014, in St. Lawrence County,
the Defendant, having been convicted of a crime punishable by imprisonment for a term
exceeding one year, did knowingly possess in and affecting interstate and foreign commerce
four firearms.
Count 5: The Government alleges that in or about April 2014, in St. Lawrence County,
the Defendant, having been convicted of a crime punishable by imprisonment for a term
exceeding one year, did knowingly possess in and affecting interstate and foreign commerce
ammunition.
```

SET FORTH THE NAMES AND ADDRESSES OF ALL LAY WITNESSES TO BE CALLED.

```
Jamie Brothers: 861 Blanchard Hill Road, Russell, NY 13684.
Robyn Hicks: 861 Blanchard Hill Road, Russell, NY 13684.
```

(use additional page if necessary)

SET FORTH THE NAMES AND ADDRESSES OF ALL EXPERT WITNESSES TO BE CALLED GIVING A BRIEF DESCRIPTION OF THEIR AREAS OF EXPERTISE.

```
N/A
```

(use additional page if necessary)

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY COUNT IN THE INDICTMENT.

```
Counts 1-4: Possession of a Firearm by a Prohibited Person.
Count 5: Possession of Ammunition by a Prohibited Person.
```

(use additional page if necessary)

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY AFFIRMATIVE DEFENSE ASSERTED.

```
N/A
```

(use additional page if necessary)

------------------------------------------------------

PLEASE TAKE NOTICE that any delay in jury selection occasioned by the failure to provide this information will be explained to the jury as to the extent of the delay and the attorney causing same and if the delay causes a one (1) day or more postponement of this trial, appropriate monetary sanctions may be imposed by the Court.

Date: __March 14, 2016__         _____
                                 (Signature of Attorney)
                                 Bar Roll # 518452