UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                vs.

CLAYTON BROTHERS

                           Defendant.

-----------------------------------------------------------x

No. 15 Cr. 198 (BKS)

## DEFENDANT'S PROPOSED WITNESS LIST

    The Defendant, Clayton Brothers, may testify depending on the evidence introduced by the Government. The Defendant reserves the right to call other witnesses for impeachment or rebuttal purposes.

Dated:    New York, New York
               March 14th, 2016

_____
Daniel DeMaria (518452)

Merchant Law Group LLP
535 Fifth Avenue, Fl. 25
New York, New York, 10017
Tel: 212-658-1710
Tel: 212-658-1711
ddemaria@nyslitigators.com